UNITED STATES COURT OF INTERNATIONAL TRADE       FORM 7A

| | |
|---|---|
| Taraca Pacific Inc.,<br><br>                Plaintiff,<br><br>   v.<br><br>United States,<br><br>               Defendant. | Court No.<br>25-00124<br>25-00126 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: July 18, 2025

/s/Jeffrey S. Grimson
Attorney for Plaintiff

5335 Wisconsin Ave, NW, Suite 810
Street Address

Washington, DC 20015
City, State and Zip Code

202-688-3610
Telephone No.

## Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: July 21, 2025

Clerk, U. S. Court of International Trade

By: /s/ Giselle Almonte
Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 25-00124<br>25-00126 | Taraca Pacific Inc. |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: __July 21, 2025__

Clerk, U. S. Court of International Trade

By: __/s/ Giselle Almonte__
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)